Sean F. Kane (SK 4568)
DRAKEFORD & KANE LLC
475 Park Avenue South, 15th Floor
New York, New York 10016
(212) 696-0010
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
THE ORIGINAL LOG CABIN HOMES LTD.,   :
(A New York Corporation)   :
THE ORIGINAL LOG CABIN HOMES LTD.   :
(A Delaware Corporation)   :
                                                                   :       **RULE 7.1 STATEMENT**
                    **Plaintiffs**   :
                                                                   :
              v.   :       Case No. 07CV 10352 (DAB)(ECF)
                                                                   :
LOG CABIN HOMES USA,   :
SPECIALTY WHOLESALERS,   :
DAVID DEHART, EDMUND DEHART,   :
ALGIE DEHART, JOHN DOES   :
1 THROUGH 10 AND JOHN DOE   :
CORPORATIONS 1 THROUGH 10,   :
                                                                   :
                    **Defendant.**   :
---------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal the undersigned counsel for Plaintiffs, The Original Log Cabin Homes Ltd. (New York) and The Original Log Cabin Homes Ltd. (Delaware), states that to the extent required: (1) that they are private corporations and have no parent or affiliate corporation which are publicly held; and (2) that no public corporation owns more than 10% of its stock.

Dated: New York, New York
November 15, 2007

Respectfully submitted,

_____/SFK/_____
Sean F. Kane (SK 4568)
DRAKEFORD & KANE LLC
475 Park Avenue South, 15th Floor
New York, New York 10016
(212) 696-0010

*Attorneys for Plaintiffs*