## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### Case No.  **07 CV 10352**

| | |
|---|---|
| **The Original Log Cabin Homes** ) <br> **LTD., (A New York Corporation),** ) <br> **The Original Log Cabin Homes** ) <br> **LTD., (A Delaware Corporation),** ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> vs. ) <br> ) <br> **Log Cabin Homes USA, Specialty** ) <br> **Wholesalers, David DeHart, Edmund** ) <br> **DeHart, Algie DeHart, John Does** ) <br> **1 through 10 and John Doe** ) <br> **Corporations 1 through 10,** ) <br> ) <br> *Defendants.* ) | **AFFIDAVIT OF SERVICE OF PROCESS** |

Know all men by these presents that I, **Jennifer K. Taylor,** assigned to duly execute this service upon **Specialty Wholesalers,** do hereby depose and say that:

1.) I am a Professional Process Server of suitable age and qualification to execute said service.
2.) I am a disinterested third party to the pending legal action.
3.) On the 26th **November, 2007,** at approximately **6:48 p.m.** at the address of **7016 Landrush Lane, Sims, North Carolina, 27880,** I duly executed service upon **Specialty Wholesalers,** by personally delivering a copy of the **Subpoena in a Civil Action, Complaint, Individual Practices of Judge Deborah A. Batts, Individual Practices of Magistrate Judge Theodore H. Katz, and ECF Instructions and Procedures** to David DeHart, owner of Specialty Wholesalers.

FURTHER, AFFIANT SAYETH NOT.

_____
Jennifer K. Taylor
Professional Process Server
Judicial Process of North Carolina

Sworn and subscribed before me this  27th  day of __November__, 2007.

_____
Notary Public

| |
|---|
| Official Seal <br> North Carolina - Wake Co. <br> Bradley J. King <br> Notary Public <br> My Commission Expires 7/24/2010 |