UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 07 CV 10352

| | |
|---|---|
| The Original Log Cabin Homes LTD., (A New York Corporation), The Original Log Cabin Homes LTD., (A Delaware Corporation),<br><br>*Plaintiffs,*<br><br>vs.<br><br>Log Cabin Homes USA, Specialty Wholesalers, David DeHart, Edmund DeHart, Algie DeHart, John Does 1 through 10 and John Doe Corporations 1 through 10,<br><br>*Defendants.* | **AFFIDAVIT OF SERVICE OF PROCESS** |

Know all men by these presents that I, **Jennifer K. Taylor**, assigned to duly execute this service upon **Edmund DeHart**, do hereby depose and say that:

1.) I am a Professional Process Server of suitable age and qualification to execute said service.
2.) I am a disinterested third party to the pending legal action.
3.) On the **26th November, 2007**, at approximately **6:37 p.m.** at the address of **7518 Rock Ridge School Road, Kenly, North Carolina, 27542**, I duly executed service upon **Edmund DeHart**, by personally delivering a copy of the **Subpoena in a Civil Action, Complaint, Individual Practices of Judge Deborah A. Batts, Individual Practices of Magistrate Judge Theodore H. Katz, and ECF Instructions and Procedures.**

FURTHER, AFFIANT SAYETH NOT.

*[signature]*
Jennifer K. Taylor
Professional Process Server
Judicial Process of North Carolina

Sworn and subscribed before me this 27th day of November, 2007.

*[signature]*
Notary Public

Official Seal
North Carolina - Wake Co.
Bradley J. King
Notary Public
My Commission Expires 7/24/2010